UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENALDO ROBICHAW,

Plaintiff,

-against-

FEDERAL BUREAU OF PRISONS et al,

Defendants.

26-CV-7098 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted a document labeled "Application to Proceed Without Prepaying Fees or Costs" that the Court understands to be an IFP application, but his responses do not establish that he is unable to pay the filing fees. Plaintiff states that he has not been employed in over ten years and receives public benefits (ECF 2 at 1) but does not disclose the amount of those benefits or if he receives any other income. Regarding assets, Plaintiff's application states that "Plaintiff previously reported no real property" and that he had previously reported bank accounts with balances below $100 but does not disclose the current value of any assets. (*Id.*) Thus, it is unclear if Plaintiff has sufficient funds to pay the filing fees and the Court is unable to conclude that Plaintiff is unable to afford the filings fees.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 26-CV-7098, and address the deficiencies

described above (and as noted in his original application) by providing facts to establish that he is unable to pay the filing fees. If the Court grants the amended IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summonses shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: September 22, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge